## HUMPHREY SHAW VS. THOMAS KENNY.

Default will not be set aside to enable a defendant to set up an unconscionable defence.

*Saginaw Circuit Court, June* 28, 1869.

Motion to set aside judgment, rendered on default absolute.

The plaintiff brought this suit on a judgment recovered by him against the defendant in this Court. Execution was issued and returned satisfied by sale of land to the plaintiff. The default was sufficiently excused. But the plaintiff shows that after the execution sale the defendant filed a bill in Chancery to quiet his title to the real estate so sold on execution, and to remove the cloud of that execution sale, claiming the land as a homestead —that this plaintiff answered that bill by disclaimer and release and that no motion to vacate the entry of satisfaction in the former suit has been made.

*Geo. K. Newcomb*, for Plaintiff.

*Isaac Marston*, for Defendant.

SUTHERLAND, *Judge.*—The judgment and default should not be set aside, to enable the defendant to set up as a defence, the satisfaction of the judgment by such a sale.